# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. HASSAN CHILDS - MAG. NO. 12-3015-03**  Cr. 12-658

## PETITION FOR WRIT OF HABEAS CORPUS

1. HASSAN CHILDS, DOB: [redacted], SBI#: 0700268216, is now confined to Essex County Jail.

2. HASSAN CHILDS, DOB: [redacted], SBI#: 0700268216 will be required at the United States District Court in Newark, New Jersey for a Sentencing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 2, 2013
Newark, NJ

_____
Dara Govan, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 5/3/2013

_____
Hon. Kevin McNulty, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Jail
WE COMMAND YOU that you have the body of

**HASSAN CHILDS, DOB: [redacted], SBI#: 0700268216**

now confined at the Essex County Jail, brought to the United States District Court, on Wednesday, May 29, 2013, at 3:00 p.m., for a Sentencing.

    WITNESS the Hon. Kevin McNulty
    United States District Judge
    Newark, New Jersey

DATED: 5/3/13

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
       Deputy Clerk